CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 27 2012

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ADRIENNE SEWELL, | Civil Action No. 7:11cv00124 |
| Plaintiff, | |
| v. | **ORDER** |
| WELLS FARGO BANK, N.A. AND WELLS FARGO & COMPANY | |
| Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the court's memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that defendant Wells Fargo's motion to dismiss is **GRANTED** as to plaintiff Adrienne Sewell's wrongful termination claim. However, Wells Fargo's motion to dismiss Sewell's breach of contract claim and defamation claim is **DENIED**.

**ENTER**: This 27th day of January, 2012.

_____
UNITED STATES DISTRICT JUDGE