CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 14 2012

JULIA C. DUDLEY, CLERK
BY: /s/
     DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ADRIENNE SEWELL, | Civil Action No. 7:11cv00124 |
| Plaintiff, | |
| v. | **FINAL ORDER** |
| WELLS FARGO BANK, N.A. and WELLS FARGO & COMPANY | |
| Defendants. | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ADJUDGED** and **ORDERED** that the defendants' motion for summary judgment is **GRANTED**, and the plaintiff's motion for summary judgment is **DENIED**. All remaining motions are **DENIED**, and this matter is **STRICKEN** from the court's active docket.

ENTER: August 14, 2012.

_____
UNITED STATES DISTRICT JUDGE