CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 14 2012

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **ADRIENNE SEWELL,** | ) | Civil Action No. 7:11cv00124 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **FINAL ORDER** |
| | ) | |
| **WELLS FARGO BANK, N.A. and** | ) | |
| **WELLS FARGO & COMPANY** | ) | |
| | ) | **By: Samuel G. Wilson** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the memorandum opinion entered on this day, it is hereby

**ADJUDGED** and **ORDERED** that the defendants' motion for summary judgment is

**GRANTED**, and the plaintiff's motion for summary judgment is **DENIED**. All remaining

motions are **DENIED**, and this matter is **STRICKEN** from the court's active docket.

**ENTER**: August 14, 2012.

_____
UNITED STATES DISTRICT JUDGE